No. 72–6706. Cross et al. v. Stanford University. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 72–6707. Harrington v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–6708. Davis v. Estelle, Corrections Director. Ct. Crim. App. Tex. Certiorari denied.

No. 72–6709. Hayes v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–6716. Ingram v. United States. C. A. 7th Cir. Certiorari denied.

No. 72–6717. Moreno v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–6718. Gray v. Slayton, Penitentiary Superintendent. C. A. 4th Cir. Certiorari denied.

No. 72–6719. Deaton v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–6722. Kaminer et al. v. Franklin Life Insurance Co. C. A. 5th Cir. Certiorari denied.

No. 72–6724. Domenech v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–6728. Cooper v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–6729. Proger, aka Prager v. United States. C. A. 9th Cir. Certiorari denied.

No. 72–6730. Riley v. United States. Ct. App. D. C. Certiorari denied.